UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA MENDEZ,<br>Plaintiff<br><br>V.<br><br>UNUM PROVIDENT CORPORATION;<br>PROVIDENT LIFE & ACCIDENT<br>INSURANCE COMPANY,<br>Defendant | United States District Court for the<br>Northern District of California<br>CASE NO. C04 01312 JW |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA DUCES TECUM SERVED ON MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

The defendants, UnumProvident Corporation and Provident Life & Accident Insurance Company (collectively "defendants") move pursuant Fed.R.Civ.P. 37 to compel the third-party Massachusetts Mutual Life Insurance Company ("MassMutual") to produce documents pursuant to the subpoena duces tecum served on it in accordance with Fed.R.Civ.P. 45(a)(3)(B) and for assignment of this discovery dispute in a case currently pending in the United States District Court for the Northern District of California to the Miscellaneous Business Docket (MBD) pursuant to Local Rule 40.4(2).

This case is currently pending in the United States District Court for the Northern District of California. As set forth more fully in the attached memorandum, counsel for defendants, in accordance with Fed.R.Civ.P. 45(a)(3)(B), served a subpoena duces tecum from the United States District Court for the District of Massachusetts upon the Massachusetts third party, MassMutual compelling the production of documents. MassMutual has refused to comply with this subpoena. As a result, defendants request that this Court issue an order compelling

{H:\PA\Lit\16310\00073\A0812851.DOC}

MassMutual's compliance with the validly issued subpoena. Pursuant to Local Rule 40.4 discovery issues in cases pending in other districts should be assigned to the MBD to be heard by the MBD judge.

UNUMPROVIDENT CORPORATION
AND PROVIDENT LIFE & ACCIDENT
INSURANCE COMPANY,

By their attorneys,

Joseph M. Hamilton, BBO #546394
Kristina H. Allaire, BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

## CERTIFICATE OF SERVICE

I, Joseph M. Hamilton, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Richard H. Friedman, Esq. and Jeffrey K. Rubin, Esq. at Friedman Rubin & White, 1126 Highland Avenue, Bremerton, WA 98337; Robert H. Bohn Sr., Esq. at Bohn & Bohn, 152 N. Third Street, Suite 200, San Jose, CA 95112; Barbara L. Lyons, Esq. At Cotchett, Pitre, Simon & McCarthy, 840 Malcolm Road, Suite 200, Burlingame, CA 94010; John C. Ferry, Esq., Michael G. Glanzberg, Esq., and Thomas M. Herlihy, Esq., at Kelley, Herlihy & Klein, LLP, 44 Montgomery Street, Suite 2500, San Francisco, CA 94104; Keeper of Records of MassMutual Life Insurance Company, 1295 State Street, Springfield, MA 01111; and Darlene K. Alt, Esq., Edwards & Angel, 2800 Financial Plaza, Providence, RI 02903.

Joseph M. Hamilton

Dated: 6/22/05