# Edwards & Angell LLP

2800 Financial Plaza  Providence, RI 02903  401.274.9200  *fax* 401.276.6611

Stephen M. Prignano
401.276.6670
*fax* 401.276.6611
sprignano@EdwardsAngell.com

July 8, 2005

The Honorable Kenneth P. Neiman
United States Magistrate Judge, District of Massachusetts
Federal Building & Courthouse
1550 Main Street
Springfield, MA 01103

Re: *Mendez v. Unum Provident Corporation, et al.*, C.A. No. 04-01312 JW (N.D. Cal.)

Dear Magistrate Judge Neiman:

I write on behalf of our client, Massachusetts Mutual Life Insurance Company ("MassMutual"), to inform the Court of a recent development in the aforementioned matter.

By way of background, Unum Provident Corp. ("Unum") recently filed a Motion to Compel MassMutual to produce certain documents in response to a Keeper of Records subpoena, which is currently pending before Your Honor on the Miscellaneous Business Docket pursuant to Local Rule 404.4(2). On July 1, 2005, MassMutual filed an Opposition in response to Unum's motion, in which it requested that the Court defer ruling on Unum's motion until after the U.S. District Court for the Northern District of California had an opportunity to rule on a motion to compel seeking nearly identical information as that which is pending in the District of Massachusetts.

The Northern District of California heard arguments on the matter on July 6, 2005, and took the matter under advisement in lieu of rendering a decision from the bench. Accordingly, MassMutual respectfully requests that this Court defer its consideration of Unum's motion until after the Northern District of California has ruled on the matter.

Thank you for your attention to this matter.

Very truly yours,

Stephen M. Prignano

cc: Joseph M. Hamilton, Esq.
Kristina H. Allaire, Esq.
Raymond M. Ripple, Esq.