UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA MENDEZ,<br>    Plaintiff<br><br>V.<br><br>UNUM PROVIDENT CORPORATION;<br>PROVIDENT LIFE & ACCIDENT<br>INSURANCE COMPANY,<br>    Defendants | Miscellaneous Massachusetts<br>Docket No. 05-MC-30027-KPN<br><br>United States District Court for the<br>Northern District of California<br>CASE NO. C04 01312 JW |

## DEFENDANTS' WITHDRAWAL OF MOTION TO COMPEL

Based on a ruling of the United States District Court for the Northern District of California denying Defendants' Motion to Compel Civil Service Employees Insurance Company's Production of Documents, Defendants UnumProvident Corporation and Provident Life & Accident Insurance Company ("defendants") hereby withdraw their Motion to Compel MassMutual's production of documents and ask the Court cancel the hearing scheduled for Friday August 26, 2005 and remove this case from the Miscellaneous Business Docket. In support of their motion defendants state the following:

1.     This case is currently pending in the United States District Court for the Northern District of California in front of Magistrate Judge Lloyd.

2.     Defendants, in accordance with Fed. R. Civ. P. 45(a)(3)(B), served a subpoena duces tecum from the United States District Court for the District of Massachusetts upon the Massachusetts third party, MassMutual compelling the production of documents. MassMutual refused to comply with this subpoena. As a result, defendants requested that this Court issue an order compelling MassMutual's compliance with the validly issued subpoena.

3.      At the same time there was a substantially similar motion to compel against an insurance company (seeking records similar to those at issue herein) pending in Magistrate Judge Lloyd's courtroom. That motion was heard on August 23, 2005. Magistrate Judge Lloyd issued an order, denying defendants Motion to Compel. In light of this ruling defendants withdraw their motion to compel MassMutual's production of the same records.

WHEREFORE, defendants request that the Court cancel the hearing currently scheduled for Friday August 26, 2005 and remove this case from the Miscellaneous Business Docket.

UNUMPROVIDENT CORPORATION
AND PROVIDENT LIFE & ACCIDENT
INSURANCE COMPANY,

By their attorneys,

/s/ Kristina H. Allaire
Joseph M. Hamilton, BBO #546394
Kristina H. Allaire, BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: August 24, 2005

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Richard H. Friedman, Esq. and Jeffrey K. Rubin, Esq. at Friedman Rubin & White, 1126 Highland Avenue, Bremerton, WA 98337; Robert H. Bohn Sr., Esq. at Bohn & Bohn, 152 N. Third Street, Suite 200, San Jose, CA 95112; and John T. Burnite, John C. Ferry, Esq., Michael G. Glanzberg, Esq., and Thomas M. Herlihy, Esq., at Kelley, Herlihy & Klein, LLP, 44 Montgomery Street, Suite 2500, San Francisco, CA 94104.

/s/ Kristina H. Allaire
Kristina H. Allaire

Dated: August 24, 2005